UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:2020-CV-21842-UNGARO

**ANTONIO ALVAREZ**,
individually and on behalf of all
others similarly situated,                              **CLASS ACTION**

    Plaintiff,                                        **JURY TRIAL DEMANDED**

v.

**CORE HOME SECURITY, LLC d/b/a
SMART HOME SECURITY.**

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff Antonio Alvarez and Defendant, Core Home Security, LLC d/b/a Smart Home Security, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Date: June 2, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael Eisenband* | */s/ David P. Reiner, II* |
| Michael Eisenband | DAVID P. REINER, II |
| Florida Bar No. 94235 | FBN 416400 |
| **Eisenband Law P.A.** | **Reiner & Reiner, P.A.** |
| 515 E. Las Olas Blvd. , Suite 120 | 9100 So. Dadeland Blvd., Suite 901 |
| Ft. Lauderdale, Florida 33301 | Miami, Florida   33156-7815 |
| Tel: 954-533-4092 | Tel: (305) 670-8282 |
| Meisenband@Eisenbandlaw.com | E-mail: dpr@reinerslaw.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |