UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-21842-UU

ANTONIO ALVAREZ,

    Plaintiff,

v.

CORE HOME SECURITY, LLC d/b/a
SMARTY HOME SECURITY,

    Defendants.

_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice (the "Joint Stipulation").  D.E. 8.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims that were or could have been raised in this action are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs related to this action.  It further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.  All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _3d_ day of June, 2020.

*[signature]*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
All counsel of record